UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONIA COLE,<br><br>                     Plaintiff,<br><br>-against-<br><br>CASINO SECURITY SERVANTS/STAFFS, ET AL.,<br><br>                     Defendants. | 19-CV-5540 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

By order dated October 11, 2019, the Court directed Plaintiff to file a second amended complaint within thirty days. That order specified that failure to comply would result in dismissal of the amended complaint. Plaintiff has not filed a second amended complaint. Accordingly, the amended complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines under 28 U.S.C. § 1367(c) to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 13, 2019
             New York, New York

                                                        COLLEEN McMAHON
                                                        Chief United States District Judge