UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONIA COLE,

               Plaintiff,

-against-

CASINO SECURITY SERVANTS/STAFFS, ET AL.,

               Defendants.

19-CV-5540 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 13, 2019, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines under 28 U.S.C. § 1367(c) to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  November 13, 2019
          New York, New York

                                         COLLEEN McMAHON
                                        Chief United States District Judge